UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5184 PA (MARx) | Date | July 9, 2025 |
|---|---|---|---|
| Title | M.G.L. v. Pamela Bondi, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

Local Rule 83-1.3 provides that it "shall be the responsibility of the parties to promptly file a Notice of Related Cases whenever two of more civil cases filed in this District: (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges."  Local Rule 83-1.3 also states that the Notice of Related Cases "must be filed at the time any case (including a notice of removal or bankruptcy appeal) appearing to relate to another is filed, or as soon thereafter as it reasonably should appear that the case relates to another."

Plaintiff M.G.L. ("Plaintiff") did not file a Notice of Related Case and, on the Civil Cover Sheet, indicated this case as not related or identical to any previously filed action in this court.  On June 11, 2025, the Court issued an Order to Show Cause why Plaintiff should not file a Notice of Related Case based on the claim alleged in Plaintiff's own Complaint, that the alleged conduct violated the terms of settlement agreement in a pending case in this district, <u>Jenny Lisette Flores v. Pamela Bondi, et al.</u>, CV 85-4544 DMG (AGRx) and two other cases related to the <u>Flores</u> matter.  (Docket No. 17.)  The Order to Show Cause stated the filing of a Notice of Related Case would be deemed a sufficient response, and warned that "failure to timely or adequately respond . . . may result in the issuance of a second Order to Show Cause why Plaintiff and Plaintiff's counsel should not be sanctioned for failing to comply with the Court's Order and for violating Local Rule 83-1.3."  (<u>Id.</u>)  Plaintiff's response was due no later than June 25, 2025, but to date, Plaintiff has failed to respond to that Order to Show Cause.

Accordingly, Plaintiff's counsel is ordered to show cause why he should not be sanctioned up to $1,000.00 for failing to file a Notice of Related Case as required by Local Rule 83-1.3, and for failing to identify this action as related to Case Nos. CV 85-4544 DMB (AGRx), CV 18-5741 DMG (BFMx) and 19-7390 DMG (BFMx).  The Response to this Order to Show Cause shall be filed by no later than July 30, 2025.

IT IS SO ORDERED.